ANDREA T. MARTINEZ, United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
APR 20 '22 PM01:33

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PATRICK DANIEL BINKERD, aka DANIEL PATRICK BINKERD,<br><br>Defendant. | **I N D I C T M E N T**<br><br>VIOLATIONS:<br>Count I:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition;<br>Count II:  21 U.S.C. § 841(a), Possession of Methamphetamine with Intent to Distribute.<br><br>Case: 2:22-cr-00143<br>Assigned To : Sam, David<br>Assign. Date : 4/20/2022 |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about February 2, 2022, in the District of Utah,

ROBERT PATRICK DANIEL BINKERD,
aka PATRICK DANIEL BINKERD,

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowing possessed a firearm and

ammunition, to wit: a KelTec P-11 9mm semi-automatic pistol and associated

ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
### 21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about February 2, 2022, in the District of Utah,

ROBERT PATRICK DANIEL BINKERD,
aka PATRICK DANIEL BINKERD,

defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- KelTec P-11 9mm semi-automatic pistol, s/n AA3360
- Associated 9mm ammunition

Pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit,

2

or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

- KelTec P-11 9mm semi-automatic pistol, s/n AA3360
- Associated 9mm ammunition

A TRUE BILL:

_/s/_

FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

VICTORIA K. McFARLAND
Assistant United States Attorney

3